IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:22-CR-383 |
| | : |
| v. | : (Judge Conner) |
| | : |
| SHANTE DAVIS and | : |
| DONNIE WOODS, | : |
| | : |
| Defendants | : |

# ORDER

AND NOW, this 30th day of November, 2023, upon consideration of defendants' joint motion (Doc. 44) to continue jury selection and trial and extend the deadline for pretrial motions, which is concurred in by counsel for the government, and the court, adopting the reasons set forth in the motion, finding that a continuance of the trial date is warranted for the purpose of affording counsel additional time to receive and review discovery, and the court concluding, after careful consideration of all relevant factors, that such circumstances outweigh the interests of the public and the defendants in a speedy trial, it is hereby ORDERED that:

1. The motion (Doc. 44) to continue is GRANTED. Jury selection and trial in the above-captioned matter are CONTINUED to **March 4, 2024, at 9:30 a.m.**, in a courtroom to be determined at the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania, 17102.

2. The deadline for filing all pretrial motions *and* supporting briefs, except motions *in limine* and except for good cause shown, shall be **February 5, 2024**.

3.       The court specifically finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and defendants in a speedy trial. The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this order.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania